[No. 48896-5-II. Division Two. July 18, 2017.]

*In the Matter of the Parental Rights to* K.C.N.

J.C.E., *Petitioner*, C.M.E., *Appellant*, v. I.L.H., *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-5-00103-9, Gary B. Bashor, J., entered April 13, 2016. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Johanson, JJ.

[No. 33430-9-III. Division Three. July 18, 2017.]

*In the Matter of the Marriage of* JEFFREY K. NEWGARD, *Respondent*, and PENNELOPY ANN NEWGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 10-3-00028-6, Gayle M. Harthcock, J., entered April 30, 2015. *Remanded* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 34390-1-III. Division Three. July 18, 2017.]

JEREMY J. MOBERG, *Appellant*, v. TERRAQUA, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 11-2-00496-3, Christopher E. Culp, J., entered April 11, 2016. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.

[No. 34396-1-III. Division Three. July 18, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. HAYDEN MACKENZIE WALSH, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 16-1-00064-2, Vic L. VanderSchoor, J., entered April 28, 2016. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Siddoway and Pennell, JJ.